**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
1120 D Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 441-4717

Attorney for Sergio Cobian

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>SERGIO COBIAN,<br><br>          Defendant. | CASE NO.  CR S-11-00069 - JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE,** AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |

      IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, William S. Wong, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney for defendant, SERGIO COBIAN, that the previously scheduled status conference date of October 25, 2011, be vacated and the matter set for status conference on November 8, 2011 at 9:30 a.m.

      This continuance is requested to allow counsel additional time to arrive at a plea agreement.  Mr. Wong is out of the office today and asked that I do this stipulation for two weeks.

      Accordingly, counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through November 8, 2011, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)7(A) and B(iv),

//

//

1 | and Local Code T4[reasonable time for defense counsel to prepare].

Dated: October 24, 2011                         Respectfully submitted.

                                                                     /s/ Kyle R. Knapp
                                                                     Kyle R. Knapp
                                                                     Attorney for Defendant, Sergio Cobian

Dated: October 24, 2011                         Respectfully submitted.

                                                                      /s/ William S. Wong
                                                                     William S. Wong
                                                                     Assistant U.S. Attorney
                                                                     Attorney for Plaintiff

SO ORDERED.

DATE: October 24, 2011

                                                                      /s/ John A. Mendez
                                                                     HON. JOHN A. MENDEZ
                                                                     JUDGE
                                                                     UNITED STATES DISTRICT COURT