**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
1120 D Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 441-4717

Attorney for Sergio Cobian

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR S-11-00069 - JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE,** AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| SERGIO COBIAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, William S. Wong, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney for defendant, SERGIO COBIAN, that the previously scheduled status conference date of March 20, 2012, be vacated and the matter set for status conference on March 27, 2012 at 9:30 a.m.

This continuance is requested to allow counsel additional time to finalize the language of the plea agreement and have the defendant review and sign it.

Accordingly, counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through March 27, 2012, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)7(A) and B(iv), and Local Code T4[reasonable time for defense counsel to prepare].

Dated: March 16, 2012                                              Respectfully submitted.

                                                                                    /s/ Kyle R. Knapp
                                                                                    Kyle R. Knapp
                                                                                    Attorney for Defendant, Sergio Cobian

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 16, 2012 | Respectfully submitted. |
| 3 | |   /s/ William S. Wong |
| 4 | | William S. Wong<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| 5 | | |
| 6 | SO ORDERED. | |
| 7 | DATE: March 19, 2012 | |
| 8 | | |
| 9 | | /s/ John A. Mendez |
| 10 | | HON. JOHN A. MENDEZ<br>JUDGE<br>UNITED STATES DISTRICT COURT |