1 **KYLE R. KNAPP**
  **Attorney at Law**
2 California State Bar No. 166597
  1120 D Street, Suite 100
3 Sacramento, CA 95814
  Telephone: (916) 441-4717
4

5 Attorney for Sergio Cobian

6

7
                              UNITED STATES DISTRICT COURT
8
                              EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,            ) CASE NO.  CR S-11-00069 - JAM
                                        )
11                 Plaintiff,           )
                                        )
12                                      )
   v.                                   )
13                                      ) **STIPULATION AND ORDER TO**
                                        ) **CONTINUE JUDGEMENT AND SENTENCING,**
14 SERGIO COBIAN,                       )
                                        )
15                 Defendant.           )
                                        )
16 _____  )

17

18     IT IS HEREBY STIPULATED by and between the parties hereto through their respective

19 counsel, William S. Wong, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney

20 for defendant, SERGIO COBIAN, that the previously scheduled sentencing date of March 12, 2013, be

21 vacated and the matter set for sentencing on April 9, 2013 at 9:45am.

22     This continuance is requested to allow counsel additional time to provide materials to probation

23 and to resolve medical issues for his client.  I contacted Mr. Wong and Ms. Moore of probation and we

24 respectfully need more time to finalize this case.

25 Dated: March 8, 2013                          Respectfully submitted.

26

27                                              /s/ Kyle R. Knapp
                                                Kyle R. Knapp
                                                Attorney for Defendant, Sergio Cobian
28

| | |
|---|---|
| Dated: March 8, 2013 | Respectfully submitted.<br><br>  /s/ Kyle Knapp for<br>William S. Wong<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

SO ORDERED.

DATE:    3/8/2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ
JUDGE
UNITED STATES DISTRICT COURT